# EXHIBIT A-1

## INDEX OF FRIAR STATE COURT FILINGS

| Exhibit No. | Date | Event | Type | Pleading Name |
|---|---|---|---|---|
| A-2 | | | | State Court Docket Sheet |
| A-3 | 10/03/2024 | Filing | Petition | Plaintiff's Original Petition |